# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**GWENDOLYN MURPHY**                                                              **PLAINTIFF**

**v.**                                        **CASE NO. 4:25-CV-001026-BSM**

**SOCIAL SECURITY ADMINISTRATION**                          **DEFENDANT**
Commissioner

## <u>ORDER</u>

United States Magistrate Judge Edie R. Ervin's recommended disposition [Doc. No. 10] is adopted.  The Commissioner's decision is affirmed and Gwendolyn Murphy's claims are dismissed with prejudice.

IT IS SO ORDERED this 18th day of June, 2026.


_____
UNITED STATES DISTRICT JUDGE