**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**GWENDOLYN MURPHY**                                                              **PLAINTIFF**

**v.**                               **CASE NO. 4:25-CV-001026-BSM**

**SOCIAL SECURITY ADMINISTRATION**                              **DEFENDANT**
Commissioner

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 18th day of June, 2026.

_____
UNITED STATES DISTRICT JUDGE